O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICHARD CRUZ,

               Petitioner,

    v.

WARREN MONTGOMERY,
Warden,

               Respondent.

Case No. SA CV 20-2193 CAS (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the Attorney General's dismissal motion be granted and that judgment be entered dismissing this action with prejudice.

DATE: July 6, 2021

*Christine A. Snyder*

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE