JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CRUZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. SA CV 20-2193 CAS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: July 6, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE